AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA
**v.**
CLAYTON, BRIAN M

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: 65D    L0108536

USM NUMBER: 07-mj-00004-GJR

GRAND JUCTION, CO 81504

Stephan B. Schweissing #18976
Defendant's Attorney

**THE DEFENDANT:**    CLAYTON, BRIAN M

☑ **THE DEFENDANT** pleaded guilty to count(s)    43 USC 1733

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 USC 1733 | Littering | 04/03/2007 | 1 |

☑ Count(s)  CRS 42-2-138(1)(A) Revoked    ☑ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** 275.00 | $ 250.00 | $ | $ 25.00 |

Defendant's Soc. Sec. No.:  ###-##-9536

Defendant's Date of Birth:  1970

Defendant's Residence Address:

04/03/2007
Date of Imposition of Judgment

_Signature of Judge_

GUDRUN RICE, U.S. MAGISTRATE JUDGE
Name and Title of Judge

04/24/2007
Date

Defendant's Mailing Address: